**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **(1) BROCK STOCKTON and** )<br>**(2) ASHLEY STOCKTON, as Parents** )<br>**and Next Friends of N.S., a Minor Child,** )<br>)<br>**Plaintiffs,** )<br>)<br>**v.** )<br>)<br>**(1) COLLINSVILLE PUBLIC** )<br>**SCHOOLS a/k/a INDEPENDENT** )<br>**SCHOOL DISTRICT NO. 6 OF** )<br>**TULSA COUNTY, OKLAHOMA,** )<br>**and (2) JENNIFER RIGDON,** )<br>**an individual,** )<br>)<br>**Defendants.** ) | **Case No.  26-cv-00059-SH** |

<u>**NOTICE OF REMOVAL**</u>

**To the United States District Court for the Northern District of Oklahoma:**

Pursuant to 28 U.S.C. § 1441 and § 1446, Fed. R. Civ. P. 81, and LCvR 81.1 and 81.2, Defendant Independent School District No. 6 of Tulsa County, Oklahoma, commonly known as Collinsville Public Schools (the "School District") removes this action pending in the District Court of Tulsa County, Oklahoma, to this Court, and states as follows:

1.　　An action has been brought by Plaintiffs Brock Stockton and Ashley Stockton, as parents and next friends of N.S., a minor child ("Plaintiffs"), against the School District and Defendant Jennifer Rigdon in the District Court of Tulsa County, Oklahoma, styled *Brock Stockton and Ashley Stockton, as parents and next friends of N.S., a minor child, Plaintiffs, v. Collinsville Public Schools a/k/a Independent School District No. 6 and Jennifer Rigdon, Defendants*, Tulsa County District Court Case Number CJ-2025-05965 (the "State Court Action"). *See* <u>Exhibit 1</u>, State Court Docket Sheet.

2.      Pursuant to 28 U.S.C. § 116(b), Tulsa County is within the federal judicial district served by the United States District Court for the Northern District of Oklahoma.

3.      Plaintiffs filed their Petition in the District Court of Tulsa County, Oklahoma on December 24, 2025. *See* Exhibit 2, State Court Petition.  The School District received a copy of Plaintiffs' Petition on January 14, 2026.

4.      The Notice of Removal is being filed on February 3, 2026, which is within thirty (30) days after receipt by Defendant of Plaintiffs' Petition in the State Court Action.  This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b).

5.      Plaintiffs' Petition asserts claims pursuant to 1) 42 U.S.C. §§ 12131-12134 for the alleged violation of Plaintiff N.S.'s rights under the Americans with Disabilities Act; 2) 29 U.S.C. § 794 for the alleged violation of Plaintiff N.S.'s rights under the Rehabilitation Act of 1973; and 3) 42 U.S.C. § 1983 for the alleged violations of Plaintiff N.S.'s civil rights. *See* Exhibit 2. Pursuant to 28 U.S.C. § 1331, the United States District Court for the Northern District of Oklahoma has original jurisdiction over the Plaintiffs' constitutional and federal law claims.

6.      The United States District Court for the Northern District of Oklahoma also has supplemental jurisdiction, pursuant to 28 U.S.C. § 1367, over any claims advanced by Plaintiffs under Oklahoma law which arise out of the same case or controversy as their federal claims.

7.      Pursuant to 28 U.S.C. § 1441, removal of the State Court Action to the United States District Court for the Northern District of Oklahoma is proper.

8.      Defendant Rigdon consents to the removal of this action. *See* Exhibit 5.

9.      All documents filed or served from the State Court Action, along with a copy of the state court docket sheet, are attached to this Notice of Removal and made a part hereof as Exhibits 1-4, pursuant to 28 U.S.C. § 1446(a) and LCvR 81.2.

Respectfully submitted,

ROSENSTEIN, FIST & RINGOLD

_/s Rhiannon K. Thoreson_

KENT B. RAINEY, OBA NO. 14619
RHIANNON K. THORESON, OBA NO. 22748
525 South Main, Suite 700
Tulsa, OK  74103
(918) 585-9211; Fax (918) 583-5617
borainey@rfrlaw.com
rthoreson@rfrlaw.com

ATTORNEYS FOR DEFENDANT SCHOOL DISTRICT

## CERTIFICATION OF SERVICE

I hereby certify that on this 3rd day of February 2026, I electronically transmitted that attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants, to:

David R. Keesling
Timothy S. Kittle
SOLOMON | ARIEH
401 South Boston Avenue, Suite 2300
Tulsa, Oklahoma 74103

_Attorneys for the Plaintiffs_

_s/ Rhiannon K. Thoreson_
Rhiannon K. Thoreson

3